## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**WASO FLANAGAN, # 200983158**                                    **PLAINTIFF**

**v.**                                    **CAUSE NO. 1:21CV375-LG-RHWR**

**JACKSON COUNTY**                                    **DEFENDANT**

### FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be

**DISMISSED WITHOUT PREJUDICE** for failure to prosecute and obey Court

Orders.

**SO ORDERED AND ADJUDGED** this the 8th day of March, 2022.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge